UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRANT F. SMITH, *PRO SE*                          )
                                                  )
                                                  )
                                                  )
4101 DAVIS PL NW #2                               )
WASHINGTON, DC 20007                              )
                                                  )
                                                  )
                                                  )
202-342-7325                                      )
                                                  )
                          *Plaintiff,*            )   Case: 1:16-cv-01610
                                                  )   Assigned To : Chutkan, Tanya S.
                                                  )   Assign. Date : 8/8/2016
vs.                                               )   Description: Pro Se Gen. Civ
                                                  )
UNITED STATES OF AMERICA;                         )
                                                  )
JOHN O. BRENNAN, Director, Central Intelligence   )
Agency, C/O Litigation Division, Office of General)
Counsel, Central Intelligence Agency, Washington, DC )
20505;                                            )
                                                  )
ASHTON CARTER, Secretary, U.S. Department of      )
Defense, 1000 Defense Pentagon Washington, DC     )
20301-1000;                                       )
                                                  )
JOHN KERRY, Secretary, U.S. Department of State,  )
2201 C Street NW, Washington, DC 20520;           )
                                                  )
JACOB LEW, Secretary, U.S. Department of Treasury;)
C/O General Counsel, 1500 Pennsylvania Ave NW,    )
Washington, DC 20220;                             )
                                                  )
ERNEST MONIZ, Secretary, U.S. Department of Energy,)
1000 Independence Avenue SW, Washington, DC       )
20585;                                            )
                                                  )
BARACK OBAMA, President, White House, 1600        )
Pennsylvania Avenue, Washington, DC 20500;        )
                                                  )
PENNY PRITZKER, Secretary, U.S. Department of     )
Commerce, C/O Office of the General Counsel, 1401 )
Constitution Ave., NW, Washington, DC 20230       )
                                                  )
                          *Defendants.*           )
                                                  )

-1-

**MOTION FOR PERMISSION TO USE POST OFFICE BOX AND AGENT ADDRESS**

1. The Plaintiff has filed a complaint raising questions concerning a subject about which many hold passionate views.

2. Public opinion data included in the complaint reveal there is little middle ground, most are either passionately for, or passionately against.

3. The Plaintiff does not wish to subject neighboring residential occupants, friends and family to interruptions of quiet daily life by interested parties and activists on either side of that middle ground.

4. The Plaintiff does wish to remain approachable and available for productive engagement, interaction and public feedback.

5. The Plaintiff wishes to receive any future related or unrelated process service efficiently.

6. The Plaintiff wishes to comply with Local Civil Rule 5.1(e) requiring that a bona fide name, address and phone number appears in the complaint, ECF, motions and other filings.

7. The Plaintiff notes that none of the defendants currently provide more than the equivalent of Post Office Box-level access to Plaintiff. No bona fide ability for personal process service or interaction exists for the Plaintiff or his agents.

WHEREFORE Plaintiff respectfully requests that this Court grant leave for the Plaintiff use a POST OFFICE Box address and the address of the Plaintiff's agent contracted to receive process along with his name and phone number. Both have been in use for over a decade.

- 3 -

Dated:   8/8/2016

Respectfully submitted,

Grant F. Smith, *Pro Se*
4101 Davis PL NW #2,
Washington, DC 20007
gsmith@IRmep.org
(202) 342-7325