## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT F. SMITH, *PRO SE*<br>IRmep<br>P.O. Box 32041<br>Washington, D.C. 20007<br>202-342-7325<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br><br>JOHN O. BRENNAN, Director, Central Intelligence Agency, C/O Litigation Division, Office of General Counsel, Central Intelligence Agency, Washington, DC 20505;<br><br>ASHTON CARTER, Secretary, U.S. Department of Defense, 1000 Defense Pentagon Washington, DC 20301-1000;<br><br>JOHN KERRY, Secretary, U.S. Department of State, 2201 C Street NW, Washington, DC 20520;<br><br>JACOB LEW, Secretary, U.S. Department of Treasury; C/O General Counsel, 1500 Pennsylvania Ave NW, Washington, DC 20220;<br><br>ERNEST MONIZ, Secretary, U.S. Department of Energy, 1000 Independence Avenue SW, Washington, DC 20585;<br><br>BARACK OBAMA, President, White House, 1600 Pennsylvania Avenue, Washington, DC 20500;<br><br>PENNY PRITZKER, Secretary, U.S. Department of Commerce, C/O Office of the General Counsel, 1401 Constitution Ave., NW, Washington, DC 20230<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:16-cv-01610<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>

Plaintiff Grant F. Smith, *PRO SE*, respectfully moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file an AMENDED COMPLAINT, a copy of which is attached hereto. The new complaint maintains the counts and allegations against the same defendants from the original complaint, but accounts for the significant factual and procedural developments that have occurred since the original complaint was filed, including 1) That a new $38 billion MOU was signed on September 14 and 2) That funding the MOU will likely be included as part of an omnibus spending bill in December, 3) An additional FOIA denial of relevance, and a few minor updates. It also includes exhibit and complaint pages that went missing from the original complaint filing and did not appear on ECF.

On October 25-26, 2016, the Plaintiff and Defendants conferred via email, the Defendants were provided an advanced copy of the proposed Amended complaint. On October 27, the Defendant consented to the Plaintiff filing the amended complaint.

Accordingly, the Plaintiff asks that this court grant the Plaintiff's motion for leave to file the proposed amended complaint.

Respectfully submitted,

_____

Grant F. Smith, *PRO SE*
IRmep
P.O. Box 32041
Washington, D.C. 20007

For process service:

Grant F. Smith c/o IRmep
1100 H St. NW Suite 840
Washington, D.C. 20005

(202) 342-7325

Dated: October 31, 2016